# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19-cr-01955-BAS-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER REFERRING CASE TO FEDERAL DEFENDERS FOR EVALUATION UNDER GENERAL ORDER 692-B** |
| LEOPOLDO LORA AGUILERA, | |
| Defendant. | |

Defendant Leopoldo Lora Aguilera, self-represented, filed a motion for compassionate release. (ECF No. 98.) Under General Order 592-B, *In re District Protocol for Processing Applications under First Step Act § 603 (2018)* (S.D. Cal. Mar. 4, 2021), the district has appointed Federal Defenders of San Diego, Inc. to "evaluate whether any defendant previously determined to have been entitled to appointment of counsel . . . is eligible to petition the Court for compassionate release in accordance with § 603(b)." Further, the Court is to "promptly notify Federal Defenders of all pending pro se motions seeking compassionate release, so that Federal Defenders can conduct a timely evaluation." (*Id.*)  Once notified, Federal Defenders has 21 days to evaluate the case.

1    Accordingly, the Court refers this case to Federal Defenders under General Order
2 692-B.  Federal Defenders shall evaluate the case and file the appropriate status report by
3 **November 15, 2023.**
4    **IT IS SO ORDERED.**

6 **DATED: October 25, 2023**

Hon. Cynthia Bashant
United States District Judge